■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAVONNE J. WINSTEAD, Also Known as MOLLY, Appellant. [53 NYS3d 587]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered May 7, 2015. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Whalen, P.J., Smith, DeJoseph, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CINDY WELLES, Appellant. [53 NYS3d 588]—Appeal from a judgment of the Wayne County Court (John B. Nesbitt, J.), rendered December 3, 2015. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Whalen, P.J., Smith, DeJoseph, Troutman and Scudder, JJ.